*REMAND/MADE JS-6*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3313-GW(FMOx) | Date | July 3, 2012 |
|---|---|---|---|
| Title | Theo Gallo v. AT & T Mobility Services, LLC, et al., | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS (IN CHAMBERS):     COURT ORDER**

    For the reasons addressed in the tentative ruling issued this day, as supplemented herein, the Court **grants** Plaintiff's motion to remand (but denies Plaintiff's request for attorney fees).  The Defendant's motion to dismiss is deemed moot in light of the Court's remand decision.

    At oral argument, Defendant attempted to liken this case to those cases the Court cited in its then-tentative ruling as fitting within the fraudulent joinder doctrine because they involved clear-cut and unavoidable statute of limitations problems.  In Defendant's opposition brief on the motion to remand, it argued that Plaintiff had not exhausted administrative remedies within the statute of limitations with respect to the individual defendants.  *See* Docket No. 28, at 5:18-7:13.  However, as addressed in the tentative ruling, at this stage it is not clear that the exhaustion requirement applies to claims against the individual defendants or, if it does, how it applies.  In addition, elsewhere in Defendant's opposition brief, it took the position that *only* two out of the three individual defendants would be protected by PAGA's statute of limitations.  *See id.* at 18:12-14.  For these reasons, the Court concludes that the fraudulent joinder doctrine does not provide a basis for this Court to ignore the citizenship of the individual defendants, meaning that this Court lacks subject matter jurisdiction.

    The above-entitled action is remanded to the County of Los Angeles for the State of California, BC 479501.

|  | : |
|---|---|
| Initials of Preparer | JG |